**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MIGUEL ESCALON**<br>**v.**<br>**SUPERINTENDENT SCI FOREST, *et al.*** | **CIVIL ACTION**<br>**No. 25-1518** |

**ORDER**

**AND NOW**, this 29th day of October, 2026, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, it is hereby **ORDERED**:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**. The reasons given in the Report and Recommendation sufficiently address and overcome Escalon's objections.

2. The petition for a writ of habeas corpus is **DISMISSED**.

3. Because the petitioner has neither shown denial of a federal constitutional right nor established that reasonable jurists would disagree with this court's procedural disposition of his claims, a certificate of appealability is **DENIED**.

**BY THE COURT:**

s/ Catherine Henry

**CATHERINE HENRY, J.**